# United States District Court
## For The Western District of North Carolina
## Statesville Division

FOREST M. MITCHELL,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:08CV70

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 6, 2009, Order.

                                       Signed: March 6, 2009

                                       _____
                                       Frank G. Johns, Clerk
                                       United States District Court