UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08cv70

| | |
|---|---|
| FOREST M. MITCHELL,<br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees and Costs (Document # 17), filed June 2, 2009. By Response filed June 5, 2009 (Document #18), Defendant advises that he will not oppose an award of legal fees in the amount of $2,844.00 as full satisfaction of any and all claims by Plaintiff in this case under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's Motion for Attorney's Fees and Costs is **GRANTED**, and Plaintiff shall be paid the sum of $2,844.00 for attorney's fees.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: June 8, 2009

Richard L. Voorhees
United States District Judge